# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY MURRAY,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:12-cv-00552-SKO<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 2) |

Plaintiff Danny Murray filed a complaint on April 5, 2012, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;
2. The Clerk of Court is DIRECTED to issue the following:
   a. A summons; and
   b. New Social Security Case Documents including Social Security USM-285 Forms;
3. Within thirty (30) days from the date of service of this order, Plaintiff is DIRECTED to complete and to submit the following documents:
   a. A completed summons;

      b.    One completed USM-285 form for the defendant listed above;

      c.    Plaintiff need not attempt service on defendant; and

4.    The United States Marshal shall serve a copy of the complaint, summons, and this order upon the defendant as directed by Plaintiff in the USM-285 Form.

IT IS SO ORDERED.

**Dated:    April 6, 2012**                                                      **/s/ Sheila K. Oberto**
                                                                         UNITED STATES MAGISTRATE JUDGE