# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY MURRAY,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:12-cv-00552-SKO<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME**<br><br>(Doc. 16) |

On November 1, 2012, Plaintiff filed a motion for an extension of time to serve his confidential letter brief on Defendant. (Doc. 16.) Plaintiff's confidential letter brief was to be served on Defendant thirty (30) days after the administrative record was lodged, which occurred on October 4, 2012. Plaintiff seeks a two-week extension of time because he is having difficulty finding an attorney to assist him in this matter. (Doc. 16.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time to serve Defendant with a confidential letter brief is GRANTED; and

2. Plaintiff shall serve a confidential letter brief on Defendant no later than November 26, 2012.

IT IS SO ORDERED.

**Dated:   November 5, 2012**              /s/ Sheila K. Oberto
                                                        UNITED STATES MAGISTRATE JUDGE