# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY MURRAY,<br><br>          Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>          Defendant.<br>_____ | Case No.: 1:12-cv-00552-SKO<br><br>**ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED OR FILE OPENING BRIEF** |

On November 1, 2012, Plaintiff filed a motion for an extension of time to serve his confidential letter brief on Defendant, which was granted. (Doc. 16.) Subsequently, the Commissioner filed a certificate of service indicating that he served Plaintiff with a responsive confidential letter brief on December 19, 2012. (Doc. 19.) Pursuant to the scheduling order, if the parties were unable to agree to remand the action, Plaintiff was required to file an opening brief within 30 days after service of the Commissioner's confidential letter brief. (Doc. 5, ¶ 6.) Allowing an additional three days for receipt by mail, Plaintiff was required to file an opening brief on January 22, 2013. As of the date of this order, Plaintiff has failed to file an opening brief that conforms with the requirements set forth in both the scheduling order (Doc. 5, ¶ 11) and in the amended pro se informational order (Doc. 9, Section III(A)).

Plaintiff is thus ordered to show cause why this action should not be dismissed for failure to file an opening brief. If Plaintiff files an opening brief on or before March 1, 2013, the Court will

discharge the order to show cause. If Plaintiff fails to take any action or respond to the order to show cause, this matter will be dismissed.

    Accordingly, IT IS HEREBY ORDERED that:

1. No later than March 1, 2013, Plaintiff shall **either**:

    a. SHOW CAUSE by filing a statement indicating why this matter should not be dismissed despite Plaintiff's failure to timely file an opening brief; **or**

    b. Plaintiff shall file an opening brief; and

2. If Plaintiff fails to comply with this order, the case will be dismissed.

IT IS SO ORDERED.

**Dated:   February 22, 2013**　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE