# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY MURRAY,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:12-cv-00552-LJO-SKO<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc. 23) |

On March 21, 2013, the Court ordered Plaintiff to file no later than April 3, 2013 either (1) an opening brief or (2) a statement showing cause why the action should not be dismissed for failure to file an opening brief.  (Doc. 23.)  Plaintiff filed a response to the order to show cause on April 3, 2013.  (Doc. 24.)

On April 4, 2013, the Court ordered Plaintiff to file an opening brief by no later than April 17, 2013, and noted that, if Plaintiff complied with the order, the April 3, 2013, order to show cause would be discharged.  (Doc. 25.)  Plaintiff filed an opening brief on April 16, 2013.

Accordingly, IT IS HEREBY ORDERED that:

1. The March 21, 2013, order to show cause is DISCHARGED; and

2. Defendant's responsive brief shall be filed no later than May 20, 2013.

IT IS SO ORDERED.

**Dated:   April 29, 2013**              /s/ **Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE