# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY MURRAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:12-cv-00552-LJO-SKO<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME**<br><br>(Doc. 28) |

　　　　On May 7, 2013, the Commissioner filed a motion seeking an extension of time until July 5, 2013, to file an opposition brief due to the Commissioner's counsel's workload and pre-approved leave. (Doc. 28.) The Court GRANTS the Commissioner's request. However, while this is Commissioner's first request for an extension of time, there had been other delays and prior extensions in this case. As such, absent a showing of truly good cause, the parties will **not** be granted any additional extensions in this action.

　　　　Accordingly, IT IS HEREBY ORDERED THAT:

　　　　1.　　The Commissioner shall file a responsive brief **on or before July 5, 2013**; and

　　　　2.　　Plaintiff may file a reply brief **on or before July 22, 2013.**

IT IS SO ORDERED.

**Dated:　May 8, 2013**　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE